**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Bryan Keith Burton | ) |
| Jordan Melia Burton | ) CASE NUMBER: 19-03830-RLM-13 |
| | ) |
| DEBTORS | ) |

## TRUSTEE'S MOTION TO DISMISS
## WITH NOTICE OF OBJECTION DEADLINE

Comes now John M. Hauber, trustee herein, and moves the Court to enter an order dismissing the above-referenced Chapter 13 proceeding for the reason that the Debtors have failed to timely maintain plan payments to the Trustee.

**Parties are hereby notified** that any objection to this motion must be filed with the Court within twenty-one (21) days from the date of service. Objections must be filed either electronically (for those who are authorized ECF filers) or by delivery to the Clerk's Office, by mail or in person to Birch Bayh Federal Building, United States Courthouse, 46 E. Ohio Street, Room 116, Indianapolis, IN, 46204. The objection must be served on the Trustee, the Debtors, and any Attorney for the Debtors. If no objection is timely filed, an order may be entered by the Court for the relief requested.

WHEREFORE, after notice and opportunity for hearing, your trustee requests that the Court enter an order dismissing the instant Chapter 13 proceeding or for any and all other appropriate relief.

Respectfully submitted,

Date: January 03, 2022

/s/ John M. Hauber
John M. Hauber, Trustee
P.O.BOX 441644
INDIANAPOLIS, IN 46244-1644

## CERTIFICATE OF SERVICE

I hereby certify that on 01/03/2022, a copy of the foregoing Trustees Motion to Dismiss was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

| | |
|---|---|
| US Trustee | JACKSON & OGLESBY LAW LLC |
| ustpregion10.in.ecf@usdoj.gov | court@indybankruptcylaw.com |

I further certify that on 01/03/2022, a copy of the foregoing Trustees Motion to Dismiss was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

Bryan Keith Burton
Jordan Melia Burton
1084 Spring Meadows Court
Franklin, IN   46131

/s/ John M. Hauber

John M. Hauber, Trustee
P.O.BOX 441644
INDIANAPOLIS, IN 46244-1644